Matter of Jair B. (Jason B.) (2024 NY Slip Op 00625)

Matter of Jair B. (Jason B.)

2024 NY Slip Op 00625

Decided on February 7, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
WILLIAM G. FORD
LAURENCE L. LOVE, JJ.

2022-04071
 (Docket Nos. N-15538-19, N-15539-19)

[*1]In the Matter of Jair B. (Anonymous). Administration for Children's Services, petitioner- respondent; Jason B. (Anonymous), appellant, et al., respondent. (Proceeding No. 1.)
In the Matter of Jaden B. (Anonymous). Administration for Children's Services, petitioner- respondent; Jason B. (Anonymous), appellant, et al., respondent. (Proceeding No. 2.)

 

Cheryl Charles-Duval, Brooklyn, NY, for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York, NY (Deborah A. Brenner and Eva L. Jerome of counsel), for petitioner-respondent.
Helene Bernstein, Brooklyn, NY, attorney for the children.

DECISION & ORDER
In related proceedings pursuant to Family Court Act article 10, Jason B. appeals from an order of disposition of the Family Court, Queens County (Emily Ruben, J.), dated April 26, 2022. The order of disposition, upon an order of fact-finding of the same court dated April 22, 2022, made after a fact-finding hearing, inter alia, finding that Jason B. derivatively abused and neglected the subject children, and after a dispositional hearing, upon the consent of Jason B., released the subject children to the custody of their nonrespondent mother.
ORDERED that the appeal from so much of the order of disposition as, upon the consent of Jason B., released the subject children to the custody of their nonrespondent mother is dismissed, without costs or disbursements, as no appeal lies from an order entered upon the consent of the appealing party (see Matter of Jonathan G., 278 AD2d 324, 325); and it is further,
ORDERED that the order of disposition is affirmed insofar as reviewed, without costs or disbursements.
The underlying facts for this appeal can be found in our decision and order on a related appeal decided herewith (Matter of Nyla S. [Anonymous], ___ AD3d ___ [decided herewith]). The Family Court properly found that Jason B. derivatively abused and neglected the children Jair B. and Jaden B. (see generally Matter of Naphtali A. [Winifred A.], 165 AD3d 781, 784).
DUFFY, J.P., MILLER, FORD and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court